UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OUNONG SAYSANAVONG,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.:  3:25-cv-03624-CAB-DEB

**ORDER CLOSING CASE**

Petitioner Ounong Saysanavong filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  The Court found Petitioner's detention was lawful under 8 U.S.C. § 1231(a) and the Supreme Court's *Zadvydas* decision.  [Doc. No. 10]; *Zadvydas v. Davis*, 533 U.S. 678 (2001).  Therefore, the Court denied Petitioner's application for a writ of habeas corpus and motion for temporary restraining order on the grounds that Respondents had obtained "a travel document from the Embassy of the Lao People's Democratic Republic, dated December 8, 2025, authorizing Petitioner's removal to Laos for a 90-day period from the date of issuance," and Respondents anticipated finding and booking a removal flight such that Petitioner's removal would occur in January 2026. [Doc. No. 8 at 3; Doc. No. 10 at 2–3.]

///

///

Petitioner was subsequently removed to Laos on January 27, 2026.  [Doc. No. 12.]

The Court therefore **ORDERS** the Clerk of the Court to close the case.

It is **SO ORDERED**.

Dated:  February 27, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:25-cv-03624-CAB-DEB